[No. 34015-8-I.    Division One.    September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
ESPERANZA CARRIZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04549-9, LeRoy McCullough, J., entered
January 11, 1994. *Reversed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse, J., and Scholfield,
J. Pro Tem.

[No. 34096-4-I.    Division One.    September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH B.
CARDWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05632-6, Faith Enyeart Ireland, J.,
entered January 25, 1994. *Affirmed* by unpublished
opinion per Kennedy, A.C.J., concurred in by Grosse and
Cox, JJ.

[No. 34276-2-I.    Division One.    September 9, 1996.]

*In the Matter of C.C.S.*

C.L.S., *Petitioner*, v. B.R.H., *Respondent*.

Appeals from judgments of the Superior Court for King
County, No. 92-5-01129-9, Liem E. Tuai, J., entered Febru-
ary 10, 1994. *Affirmed* by unpublished opinion per Elling-
ton, J., concurred in by Coleman and Webster, JJ.

[No. 34732-2-I.    Division One.    September 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
ALLAN DOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-1-01533-4, Larry E. McKeeman, J.,
entered May 12, 1994. *Affirmed in part* and *remanded* by
unpublished opinion per Ellington, J., concurred in by
Baker, C.J., and Coleman, J.